UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JACK PALMER and CARWERKS, LLC, a Montana limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF MISSOULA, MONTANA, a municipal corporation,<br><br>Defendant. | Case No. CV-16-054-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant and against Plaintiffs in accordance with the Order issued on today's date.

    Dated this 4th day of April, 2017.

                             TYLER P. GILMAN, CLERK

                             By: /s/ A.S. Goodwin
                             A.S. Goodwin, Deputy Clerk